UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MORGAN HOWARTH,

    Plaintiff,

v.                                   Case No. 8:25-cv-675-TPB-AAS

AVERSA LANDSCAPING FL INC.,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on August 26, 2025. (Doc. 17). Judge Sansone recommends that "Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant Aversa Landscaping FL Inc., and Incorporated Memorandum of Law" (Doc. 16) be granted. No party has objected, and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed,

a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion to confirm arbitration award and for entry of default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 17) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant Aversa Landscaping FL Inc., and Incorporated Memorandum of Law" (Doc. 16) is **GRANTED**.

(3) The Clerk is directed to enter a final judgment in favor of Plaintiff Morgan Howarth, and against Defendant Aversa Landscaping FL Inc., in the amount of $25,000.00, plus post-judgment interest. Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

(4) Plaintiff is entitled to an award of attorney's fees and costs. Plaintiff is directed to file a separate motion to establish the amount and

       provide supporting documentation, in accordance with Local Rule 7.01.

(5)     Plaintiff is entitled to a permanent injunction against Defendant. Plaintiff is directed to file a proposed permanent injunction on or before October 16, 2025.

       **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of October, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE